

# Service of Process Transmittal
05/01/2019
CT Log Number 535397888

| | |
|---|---|
| **TO:** | Carol Herceg<br>The Prudential Insurance Company of America<br>2101 Welsh Road, Law Dept.<br>Dresher, PA 19025 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | The Prudential Insurance Company of America  (Domestic State: NJ) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CARL BROWN, PLTF. vs. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, DFT. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Daviess County Circuit Court, KY<br>Case # 19CI00416 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/01/2019 postmarked on 04/23/2019 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Christopher L. Rhoads<br>RHOADS & RHOADS, P.S.C.<br>115 E. 2nd St., Suite 100<br>P.O. Box 2023<br>Owensboro, KY 42302<br>270-683-4600 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/01/2019, Expected Purge Date: 05/06/2019<br><br>Image SOP<br><br>Email Notification,  Legal Process Unit  legal.process.unit@prudential.com<br><br>Email Notification,  Carol Herceg  carol.herceg@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / AZ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**



JENNIFER HARDESTY BESECKER
DAVIESS COUNTY CIRCUIT COURT
DAVIESS CIRCUIT & DISTRICT CO
HOLBROOK JUDICIAL CENTER
100 EAST 2ND STREET, P.O. BO
OWENSBORO, KENTUCKY 42302-



CERTIFIED MAIL

9414 7266 9904 2967 5959 52

**RETURN RECEIPT REQUESTED**



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 42303 $ 012.25⁰
02 4W
0000340085 APR. 23. 2019

p 25

CT CORPORATION SYSTEM
306 W. MAIN STREET
FRANKFORT, KY 40601

19-CI-00416

9400922670115280

4060131895 0003

EXHIBIT A

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00416**<br>Court:    **CIRCUIT**<br>County: **DAVIESS** |

*Plantiff,* BROWN, CARL VS. THE PRUDENTIAL INSURANCE COMPANY OF AMERI, *Defendant*

TO:    **CT CORPORATION SYSTEM**
        **306 W MAIN STREET**
        **FRANKFORT, KY 40601**

Memo: Related party is THE PRUDENTIAL INSURANCE COMPANY OF AMERI

The Commonwealth of Kentucky to Defendant:
**THE PRUDENTIAL INSURANCE COMPANY OF AMERI**

     You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                             /s/ Jennifer Besecker,
                                             Daviess Circuit Clerk
                                             Date: 4/23/2019

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

     To: _____

☐ Not Served because: _____

Date: _____, 20 _____                   _____
                                                           Served By

                                                                               _____
                                                                               Title

---

Summons ID: 160056711618644@00000236969
CIRCUIT: 19-CI-00416 Certified Mail
BROWN, CARL VS. THE PRUDENTIAL INSURANCE COMPANY OF AMERI



Page 1 of 1

*Package: 000002 of 000007*    *Presiding Judge: HON. JAY A. WETHINGTON (606289)*    *Package: 000002 of 000007*



EXHIBIT A

Filed        19-CI-00416    04/23/2019        Jennifer Besecker, Daviess Circuit Clerk

COMMONWEALTH OF KENTUCKY
DAVIESS CIRCUIT COURT
DIVISION I
CASE NO. 19-CI-00416
====Electronically Filed====

**CARL BROWN**                                                     PLAINTIFF

v.                           **COMPLAINT**

**THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA**                                DEFENDANT

Serve:    CT Corporation System
          306 W. Main St.
          Suite 512
          Frankfort, KY 40601

Plaintiff, Carl Brown, for his cause of action against the Defendant, The Prudential Insurance Company of America ("Prudential"), states as follows:

1. Plaintiff, Carl Brown, is a resident of Daviess County with a residence of 2418 W. 7th St., Owensboro, Kentucky 42301.

2. Defendant, Prudential, is a corporation organized under the laws of the state of New Jersey, with a principle place of business at 213 Washington Street, 17th Floor, Newark, New Jersey 07102-2917 and a registered agent at CT Corporation System, 306 W. Main St., Suite 512, Frankfort, KY 40601.

3. Plaintiff became a full-time employee of Kimberly-Clark as of June 1, 1999. Plaintiff worked in the "converting" department as of his last date worked on or about June 14, 2017.

4. Beginning no later than June 1, 2010 and continuing to, at least, June 14, 2017, Plaintiff's disability date, Prudential was the insurer on a group

1

EXHIBIT A

long term disability ("LTD") insurance plan that Kimberly-Clark Corporation extended as an employee benefit to, at least, certain of its employees.

5. Plaintiff was a participant in the group long-term disability plan.

6. Plaintiff began suffering from a serious illness and disease which is permanent in nature and rendered him unable to perform each of the material duties of his regular occupation and has disabled him from performing each of the material duties of his occupation and any gainful occupation, namely said condition/disease being history of right rotator cuff tear and repair, chronic rotator cuff insufficiency and glenohumeral internal rotation deficit from at least June 14, 2017 continuing and through the current date. Prior to said date, Plaintiff was originally injured at work in July 2015 and was ultimately able to return to work in August 2016. However, after some time, Plaintiff began experiencing a number of reported difficulties and dysfunctions at work while undertaking his responsibilities, and he was unable to sustain gainful employment.

7. Plaintiff applied for and received benefits related to the initial injury, but for this new or subsequent claim he was denied on January 10, 2018.

8. Plaintiff completed and submitted to Prudential a form application for Long Term benefits dated June 26, 2017. The Prudential claim form included a medical records release in favor of Prudential. Plaintiff's medical providers sent his medical records to Prudential as they were requested. Plaintiff had and has alleged the date of onset of his disability commencing on June 14, 2017.

9. Prudential denied Plaintiff's claim for LTD benefits by letter dated January 10, 2018 finding that he was able to perform the material duties of his

Filed         19-CI-00416    04/23/2019         Jennifer Besecker, Daviess Circuit Clerk

own occupation by primarily relying upon misconstrued opinions of his treating medical provider, Dr. David Boles. Plaintiff appealed this denial through the undersigned on July 8, 2018.

10. Prudential again denied Plaintiff's claim for LTD benefits by letter dated October 24, 2018 primarily relying upon an unreliable IME hired and paid by Defendant and performed on September 13, 2018. The letter failed to properly consider the unequivocal medical evidence from his treating provider, Dr. Boles.

11. Plaintiff through the administrative appeal process sought reconsideration of the October 24, 2018 denial of LTD benefits on December 18, 2018, and provided additional information in support of his claim including a Functional Capacity Evaluation ("FCE") and addendum medical report directly addressing the unreliability of the IME.

12. Prudential, by letter dated February 15, 2019 rejected, as insufficient, the medical evidence supplied by Plaintiff in support of his claim, and denied Plaintiff's claim for LTD benefits. Despite the medical records and findings indicating clearly to the contrary, Prudential asserted that Plaintiff was still capable of performing the material and substantial duties of his occupation. This finding was made despite the fact that (i) it had received all of Plaintiff's medical records which were and are supportive of disability, (ii) Plaintiff's primary treating physician had completed the forms previously supplied by Prudential and (iii) an FCE clearly indicated Plaintiff could not return to his employment or any other.

3

Filed         19-CI-00416    04/23/2019         Jennifer Besecker, Daviess Circuit Clerk

EXHIBIT A

Filed                 19-CI-00416    04/23/2019            Jennifer Besecker, Daviess Circuit Clerk

## COUNT I – ERISA

13. Plaintiff adopts, for purposes of this count of the Complaint, paragraphs 1 through 12.

14. The group long term disability plan involved in this action was covered by and subject to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. 1001, *et seq*.

15. Plaintiff has not engaged in employment and has not been capable of employment since June 14, 2017. Plaintiff is entitled to LTD benefits under the Prudential policy and such benefits have been erroneously denied by Prudential.

16. Prudential, in its denial of Plaintiff's claim for benefits, has failed to comply with its own policy and with the requirements of 29 U.S.C. 1133.

17. Plaintiff is entitled (i) to judgment pursuant to 29 U.S.C. 1132 for benefits that have been arbitrarily and capriciously denied, (ii) his attorney fees and costs, pursuant to 29 U.S.C. 1132, (iii) prejudgment interest on the amounts that have been erroneously denied, (iv) damages for emotional distress and (v) any and all further relief under 29 U.S.C. 1001, et seq.

## COUNT II – BREACH OF CONTRACT

18. Plaintiff adopts, for purposes of this count of the Complaint, paragraphs 1 through 17.

19. Prudential has breached the terms of the group long-term disability insurance policy by its erroneous denial of benefits to Plaintiff.

4

Filed                 19-CI-00416    04/23/2019            Jennifer Besecker, Daviess Circuit Clerk

Package:000006 of 000007    Presiding Judge: HON. JAY A. WETHINGTON (606289)    Package : 000006 of 000007

**EXHIBIT A**

20. Plaintiff is entitled to (i) a judgment for damages for Prudential's breach of contract, (ii) his attorney fees and costs herein and (iii) any and all further relief available for such breach of contract.

WHEREFORE, Plaintiff requests judgment, in excess of the jurisdictional requirements of this court, against Defendant for each form of relief available under each of the two counts set forth above and as follows:

A. A declaration of this Court that Carl Brown became disabled under the terms of the plan beginning June 14, 2017 and continues to be disabled under the Terms of the plan today;

B. An award of past-due benefits in the amount owed to Plaintiff from the date benefits were terminated through the date of judgment, together with interest at an appropriate rate on each monthly payment from the date it was due until the date it is paid;

C. For reasonable attorneys' fees incurred in this action; and

D. For such other relief as this Court deems just and proper.

This 23rd day of April, 2019.

RHOADS & RHOADS, P.S.C.

/s/Christopher L. Rhoads
Christopher L. Rhoads
Sara Martin Diaz, Esq.
115 E. 2nd St., Suite 100
P.O. Box 2023
Owensboro, KY  42302-2023
(270) 683-4600
(270) 683-1653 (fax)
COUNSEL FOR PLAINTIFF

5